UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STUART JAMES MULLER,<br><br>           Plaintiff,<br><br>           v.<br><br>JIUN-LIANG CHEN a/k/a RICKY CHEN and ZHAOJIE TECHNOLOGY INTERNATIONAL CO. LIMITED d/b/a ION ELECTRONIC MATERIALS CO., LTD.,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:23-cv-12662-PGL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR SERVICE OF PROCESS BY CLERK OF COURT

The plaintiff Stuart James Muller (the "Plaintiff"), by and through his undersigned counsel, hereby requests that the Clerk of Court effect service the defendant Zhaojie Technology International Co. Limited D/B/A Ion Electronic Materials Co., Ltd. ("IEM") by mailing copies of the summons and complaint by FedEx to James Ku, CEO, Zhaojie Technology International Co., No. 195 Xiangxi Road, Hsinshu County, Hu Kou, Taiwan, Republic of China. The grounds for this motion are set forth in the accompanying memorandum of law and declaration.

## LOCAL RULE 7.1 CERTIFICATION

I, R. Terry Parker, hereby certify that I been unable to confer with the Defendants to resolve or narrow the issues herein because Defendant have not responded to prior correspondence with Defendants.

Dated: April 29, 2024

                                                        Respectfully submitted,

                                                        /s/ *R. Terry Parker*
                                                        R. Terry Parker (BBO # 569008)

Law Office of R. Terry Parker
43 W. 43rd Street, Suite 275
New York, New York
10036-7424
Tel: (212) 598-5068
Email: terry@rterryparkerlaw.com

*Attorney for Plaintiff*