Stuart James Muller v. Jiun-Liang Chen, et al., C.A. No. 1:23-CV-12662-PGL (D. Mass.)

**Creta, Michael R.** <Michael.Creta@klgates.com>
To: Rose Dumoulin
Thu 9/5/2024 2:09 PM

Flag for follow up.
You forwarded this message on 9/5/2024 2:12 PM.
Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.

📎 23cv12662-18.pdf    2 MB

Dear Clerk Dumoulin,

I represent Defendant Jiun-Liang Chen in connection with the above-referenced matter.  Mr. Chen has not been properly served and, pursuant to Local Rule 4.1, should be dismissed from the case.

Local Rule 4.1(a) states: "Any summons not returned with proof that it was served within 90 days of the filing of the complaint is deemed to be unserved for the purpose of Fed. R. Civ. P. 4(m)."  Local Rule 4.1(b) further states:

> Counsel and parties appearing pro se who seek to show good cause for the failure to make service within the 90-day period prescribed by Fed. R. Civ. P. 4(m) shall do so by filing a motion for enlargement of time under Fed. R. Civ. P. 6(b), together with a supporting affidavit. If on the 14th day following the expiration of the 90-day period good cause has not been shown as provided herein, *the clerk shall forthwith automatically enter an order of dismissal for failure to effect service of process*, without awaiting any further order of the court.  (emphasis added).

Here, Plaintiff filed his complaint on November 3, 2023.  Yesterday, nearly ten months after filing the complaint, Plaintiff filed the attached affidavit, which claims that Mr. Chen was served on July 16, 2024 in Taiwan.  Mr. Chen disputes that the alleged July 16 service was effective.  Regardless, such purported service was well beyond "90 days of the filing of the complaint" and is therefore "deemed unserved."  Local Rule 4.1(a).

Given the untimely nature of the purported service and the delayed filing of the supposed proof of service, Mr. Chen respectfully requests you to "enter an order of dismissal for failure to effect service of process."  Thank you for your attention to this matter.

Best regards,
Michael Creta

**Michael Creta**
K&L Gates LLP
One Congress Street, Suite 2900
Boston, MA 02114
Office Phone: 617-951-9101
Cell Phone: 401-787-8896
Fax: 617-261-3175
michael.creta@klgates.com