IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUART JAMES MULLER, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JIUN-LIANG CHEN a/k/a RICKY CHEN and ZHAOJIE TECHNOLOGY INTERNATIONAL CO. LIMITED d/b/a ION ELECTRONIC MATERIALS CO., LTD.,<br><br>    Defendants. | Civil Action No. 23-12662-PGL |

**DEFENDANT ZHAOJIE TECHNOLOGY INTERNATIONAL CO. LIMITED d/b/a ION ELECTRONIC MATERIALS CO., LTD. ("IEM") ASSENTED TO MOTION TO EXTEND THE TIME TO FILE ITS RESPONSE TO THE FIRST AMENDED COMPLAINT**

Defendant Zhaojie Technology International Co. Limited *d/b/a* Ion Electronic Materials Co., Ltd. ("IEM") respectfully moves for an extension of time up to and including November 1, 2024 to file its response to the First Amended Complaint ("FAC").

In further support of its request, IEM states that the FAC alleges several factual allegations and causes of action against IEM that were not previously alleged in the original complaint. IEM requires additional time to investigate these newly alleged facts and claims and prepare its response. This extension will not cause any undue delay in the case because fact discovery has not yet begun. Counsel for Plaintiff assents to this request.

WHEREFORE, IEM respectfully requests an extension of time up to and including November 1, 2024 to file its response to the First Amended Complaint.

    Respectfully Submitted,

    ZHAOJIE TECHNOLOGY INTERNATIONAL
    CO. LIMITED d/b/a ION ELECTRONIC
    MATERIALS CO., LTD
    By its attorneys,

    */s/ Diana A. Balluku*
    Diana A. Balluku (BBO # 698128)
    GREENBERG TRAURIG, LLP
    One International Place
    Suite 2000
    Boston, MA 02110
    (617) 310-6000
    (617) 310-6001 (fax)

    Kurt A. Kappes (admitted *pro hac vice*)
    Michael D. Lane (admitted *pro hac vice*)
    GREENBERG TRAURIG, LLP
    400 Capitol Mall
    Suite 2400
    Sacramento, CA 95814
    (916) 442-1111
    (916) 448-1709 (fax)

DATED: October 11, 2024

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

  I hereby certify that I conferred with counsel for the Plaintiff prior to filing this Motion for an Extension of Time in a good faith effort to resolve or narrow the issues presented. Counsel for Plaintiff assented to this motion.

*/s/ Diana A. Balluku*
Diana A. Balluku

DATED: October 11, 2024

## **CERTIFICATE OF SERVICE**

  I, Diana A. Balluku, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be served on all those non-registered participants by mail on October 11, 2024.

*/s/ Diana A. Balluku*
Diana A. Balluku
